1  Michael A. Hood (SBN 71258)
   Michael.Hood@jacksonlewis.com
2  Monica Bullock (SBN 211314)
   Monica.Bullock@jacksonlewis.com
3  JACKSON LEWIS P.C.
   200 Spectrum Center Drive, Suite 500
4  Irvine, CA 92618
   Telephone: (949) 885-1360
5  Facsimile:  (949) 885-1380

6  Attorneys for Defendant
   PERFECT 85 DEGREES C, INC.
7
   Thiago Coelho (State Bar No. 324715)
8  thiago@wilshirelawfirm.com
   Binyamin Manoucheri (State Bar No. 336468)
9  binyamin@wilshirelawfirm.com
10 Wilshire Law Firm
   3055 Wilshire Blvd., 12th Floor
11 Los Angeles, CA 90010
   Telephone: (213) 381-9988
12 Facsimile:  (213) 381-9989

13 Attorneys for Plaintiff
   VALERIE BROOKS
14

15                    UNITED STATES DISTRICT COURT

16                    EASTERN DISTRICT OF CALIFORNIA

17

18 | VALERIE BROOKS, individually and on behalf of all others similarly situated, | Case No. 2:20-cv-01389-MCE-JDP |
   |---|---|
19 | | **ORDER DISMISSING CASE** |
20 | Plaintiff, | |
21 | vs. | |
22 | PERFECT 85 DEGREES C, INC., a California corporation; and DOES 1 to 10, inclusive, | |
23 | | |
24 | Defendant(s). | |

25

26

27

28

                                    1                Case No. 2:20-cv-01389-MCE-JDP
                            ORDER DISMISSING CASE

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

In accordance with the parties' joint stipulation for dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and good cause appearing,

This action is hereby dismissed, with prejudice, each party to bear its own fees and costs.

IT IS SO ORDERED.

Dated:  February 25, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE